No. 09–1359. KRASNIQI *v.* HOLDER, ATTORNEY GENERAL. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition. ■

No. 09–1377. OHIO *v.* SMITH. Sup. Ct. Ohio. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ■

No. 09–1416. GIANETTI *v.* BLUE CROSS AND BLUE SHIELD OF CONNECTICUT ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition. ■

No. 09–1425. NEW YORK *v.* WILLIAMS ET AL. Ct. App. N. Y. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ■

No. 09–1426. CITY OF NEW YORK, NEW YORK, ET AL. *v.* GREEN, EXECUTRIX OF THE ESTATE OF GREEN, DECEASED. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition. ■

No. 09–1431. KELLY, WARDEN *v.* WINSTON. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ■

No. 09–1433. SCHAGHTICOKE TRIBAL NATION *v.* SALAZAR, SECRETARY OF THE INTERIOR, ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition. ■

No. 09–1451. DIEFFENBACH *v.* HAWORTH ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition. ■

No. 09–1456. RIGAS ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition. ■